IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| KRISTY DUNN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COYOTE LOGISTICS, LLC, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> FRESNO TRANSPORT, INC., <br><br> Third-Party Defendant | 2:24-CV-221-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge (ECF No. 61) to deny Defendant Coyote Logistics, LLC's Motion to Dismiss. ECF No. 10. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and Defendant's Motion to Dismiss is **DENIED**.

**SO ORDERED.**

July 25, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE